**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Keith J. McGrath** | Social Security number or ITIN **xxx–xx–8396** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **14–22440–MBK**

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Keith J. McGrath

7/22/16                                                              **By the court:**   Michael B. Kaplan
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Keith J. McGrath  
    Debtor

Case No. 14-22440-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jul 22, 2016  
                            Form ID: 318      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2016.

```
db            +Keith J. McGrath,   2415 Robin Way,   Manasquan, NJ 08736-1814
cr            +Fulton Bank of New Jersey,   c/o Eisenberg, Gold & Cettei, P.C.,   1040 North Kings Highway,
                Suite 200,   Cherry Hill, NJ 08034-1925
cr             Mercedes-Benz Financial Services,   c/o BK Servicing, LLC,   PO Box 131265,
                Roseville, MN 55113-0011
cr            +Mercedes-Benz Financial Services USA LLC,   P.O. Box 562088, Suite 900 North,
                Dallas, TX 75356-2088
514860839      Bank Of America Home Loans,   PO Box 941000,   Simi Valley, CA 93094-1000
514996947     +Bank of America, N.A.,   PROBER & RAPHAEL,A LAW CORPORATION,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, California 91364-6207
514868947     +Brixmor Middletown Plaza Owner LLC,   c/o Dana S. Plon, Esquire,   Sirlin Lesser & Benson, P.C.,
                123 South Broad Street, Suite 2100,   Philadelphia, PA 19109-1042
514860840      Brixmore Middletown Plaza Owner, LLC,   C/O Brixmore Property Group,
                Two Tower Bridge, Suite 300,   Conshohocken, PA 19428
515412509     +Capital One, N.A.,   P.O. Box 21887,   Eagan, MI 55121-0887
514860841      Capitol One Mortgage,   PO Box 21887,   Eagan, MN 55121-0887
514860844     +Donna Cettei, Esq.,   Eisenbery, Gold & Cettei, P.C.,   1040 North Kings Highway Suite 200,
                Cherry Hill, NJ 08034-1925
514996948     +Fulton Bank of NJ,   Eisenberg, Gold & Cettel, P.C.,   1040 N. Kings Hwy., Ste. 200,
                Cherry Hill, NJ 08034-1925
514860847     +John McGrath,   7 Tuscany Way,   Mt. Laurel, NJ 08054-4828
515346777      Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
                Roseville, MN 55113-0011
514860849     +Ofer Gabbay,   128 Summit Ave,   Hackensack, NJ 07601-1310
514860850     +Peter A. Lesser, Esq.,   Sirlin Lesser & Benson, PC,   123 South Broad Street, Suite 2100,
                Philadelphia, PA 19109-1042
514860851     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State Of New Jersey,   Division Of Taxation,   PO Box 245,
                Trenton, NJ  08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 22 2016 23:21:53     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 22 2016 23:21:50     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514860837      EDI: AMEREXPR.COM Jul 22 2016 23:08:00     American Express,   PO Box 981535,
                El Paso, TX 79998-1535
515095516      EDI: BECKLEE.COM Jul 22 2016 23:08:00     American Express Bank, FSB,   c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
514860838      EDI: BANKAMER.COM Jul 22 2016 23:08:00     Bank Of America,   P.O. Box 982235,
                El Paso, TX 79998-2235
515004132     +EDI: BANKAMER.COM Jul 22 2016 23:08:00     Bank of America, N.A.,   Bankruptcy Department,
                P.O. Box 26012, NC4-105-02-99,   Greensboro, NC 27420-6012
515926328     +EDI: AISACG.COM Jul 22 2016 23:08:00     Capital One N.A.,   c/o Ascension Capital Group,
                P.O. Box 165028,   Irving, TX 75016-5028
515926328     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 22 2016 23:31:52     Capital One N.A.,
                c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
514860842      EDI: CHASE.COM Jul 22 2016 23:08:00     Chase Card,   P.O. Box 15298,
                Wilmington, DE 19850-5298
514860843     +EDI: DISCOVER.COM Jul 22 2016 23:08:00     Discover,   P.O. Box 6103,
                Carol Stream, IL 60197-6103
514875402      EDI: DISCOVER.COM Jul 22 2016 23:08:00     Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH 43054-3025
514860845     +E-mail/Text: bankruptcy@fult.com Jul 22 2016 23:33:06     Fulton Bank,   One Penn Square,
                Lancaster, PA 17602-2853
514990897     +E-mail/Text: bankruptcy@fult.com Jul 22 2016 23:33:06     Fulton Bank of New Jersey,
                117 West End Avenue,   Somerville, NJ 08876-1828
514860846      EDI: IRS.COM Jul 22 2016 23:08:00     Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
514860848     +EDI: DAIMLER.COM Jul 22 2016 23:08:00     Mercedes Benz Financial,   PO Box 685,
                Roanoke, TX 76262-0685
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*           +Brixmor Middletown Plaza Owner LLC,   c/o Dana S. Plon, Esquire,   Sirlin Lesser & Benson, P.C.,
                123 South Broad Street,   Suite 2100,   Philadelphia, PA 19109-1042
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 22, 2016
                              Form ID: 318             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Dana S Plon    on behalf of Creditor    Brixmor Middletown Plaza Owner LLC dplon@sirlinlaw.com
          Donna L. Cettei    on behalf of Plaintiff    Fulton Bank of New Jersey dcettei@egclawfirm.com
          Donna L. Cettei    on behalf of Plaintiff    FULTON BANK OF NEW JERSEY dcettei@egclawfirm.com
          Donna L. Cettei    on behalf of Creditor    Fulton Bank of New Jersey dcettei@egclawfirm.com
          Douglas J. Ferguson    on behalf of Creditor    Fulton Bank of New Jersey dferguson@egclawfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
          John R. Morton, Jr.    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
           mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph   Casello    on behalf of Defendant Keith J. McGrath jcasello@cvclaw.net,
           jcasello627@gmail.com
          Joseph   Casello    on behalf of Defendant Kimberlie  McGrath jcasello@cvclaw.net,
           jcasello627@gmail.com
          Joseph   Casello    on behalf of Debtor Keith J. McGrath jcasello@cvclaw.net,    jcasello627@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nona   Ostrove    on behalf of Mediator Nona  Ostrove nostrove@ostrovelaw.com
                                                                                               TOTAL: 14
```